UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TURNING POINT USA, et al.,

    Plaintiffs,                                  Civil Action No. 17-CV-12179

vs.                                            HON. BERNARD A. FRIEDMAN

MACOMB COMMUNITY
COLLEGE, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on plaintiffs' motion to stay [docket entry 11]. On November 7, 2017, the parties in this matter finalized a settlement agreement, the terms of which were placed on the docket as Exhibit A to plaintiff's motion to stay, and are hereby incorporated into this order. Accordingly,

IT IS ORDERED that the complaint is dismissed with prejudice and without costs, interest or attorney fees, except for those included in the settlement agreement. The Court retains jurisdiction for a period of 180 days from the date of this order to enforce all terms of the settlement agreement.

IT IS FURTHER ORDERED that plaintiffs' motion to stay is denied as moot.

Dated: November 13, 2017          s/ Bernard A. Friedman_____
       Detroit, Michigan             BERNARD A. FRIEDMAN
                                       SENIOR UNITED STATES DISTRICT JUDGE